**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed February 21, 2013.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-13-00085-CR

---

### IN RE MARTIN VASQUEZ, Relator

---

**ORIGINAL PROCEEDING
WRIT OF MANDAMUS
351st District Court
Harris County, Texas
Trial Court Cause No. 1352006**

---

## MEMORANDUM OPINION

On August 28, 2012, relator Martin Vasquez was convicted of failure to comply with sex offender registration requirements and sentenced to eight years in prison. On February 1, 2013, relator filed a petition for writ of mandamus in this

court. *See* Tex. Gov't Code Ann. §22.221; *see also* Tex. R. App. P. 52. In the petition, relator complains that his counsel on appeal is not effective and relator attempts to raise issues challenging his conviction.

Relator seeks post-conviction habeas relief. Although courts of appeals have jurisdiction over criminal matters, only the Texas Court of Criminal Appeals has jurisdiction over matters related to final post-conviction felony proceedings. *Ater v. Eighth Court of Appeals*, 802 S.W.2d 241, 243 (Tex. Crim. App. 1991) (orig. proceeding). This includes requests for habeas relief based on assertions of void convictions. *See In re Altschul*, 207 S.W.3d 427, 430 (Tex. App.—Waco 2006, orig. proceeding)

Because we do not have jurisdiction over the requested relief, the petition for writ of mandamus is ordered dismissed.

PER CURIAM

Panel consists of Justices Frost, Brown, and Busby.
Do Not Publish — TEX. R. APP. P. 47.2(b).